UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JERRY LEE BOLIN,**

    **Plaintiff,**

**v.**                                            Case No. 4:25-cv-159-TKW-MJF

**DEPARTMENT OF CORRECTIONS FLORIDA,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that Plaintiff's complaint should be dismissed for failure to state a claim upon which relief can be granted. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED with prejudice** under 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b), for failure to state a claim upon which relief can be granted.

3. The Clerk shall enter judgment in accordance with this Order and close this case file.

**DONE AND ORDERED** this 23rd day of May, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**